CO-386
10/2018

# United States District Court
# For the District of Columbia

National Sentry Security Systems, )
Inc., Electricalifornia, and Rick )
Keyser, individually and on behalf of )
all others similarly situated )
                          Plaintiff )
          vs )
Siemens Corp. d/b/a Siemens USA and )
Siemens Industry, Inc. )
                        Defendant )

Civil Action No. 1:21-cv-01072

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for **Plaintiffs** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **National Security Systems, Inc. and Electricalifornia** which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

Bar ID 470800
BAR IDENTIFICATION NO.

Victoria S. Nugent
Print Name

1100 New York Ave. NW, Fifth Floor
Address

Washington, DC          20005
City        State        Zip Code

(202) 408-4600
Phone Number