# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SENTRY SECURITY SYSTEMS, INC. ELECTRICALIFORNIA<br><br>and<br><br>RICK KEYSER,<br><br>Individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>SIEMENS CORP. d/b/a SIEMENS USA,<br><br>and<br><br>SIEMENS INDUSTRY, INC.<br>                              Defendants | Case No.: 1:21-cv-01072 |

## MOTION FOR SPECIAL ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs, National Sentry Security Systems, Inc., Electricalifornia and Rick Keyser, move for the admission and appearance of Daniel C. Hedlund *pro hac vice* in the above-captioned action. As set forth in Mr. Hedlund's declaration, he is admitted and an active member in good standing of the bar of the highest court of Minnesota, has been admitted to practice in the District of Minnesota, and has never been disciplined by any bar. This motion is supported and signed by Victoria S. Nugent, an active and sponsoring member of the Bar of this Court.

Dated: June 10, 2021       *s/Victoria S. Nugent*
                           Victoria S. Nugent (Bar ID 470800)
                           Brian E. Johnson (Bar ID 7383932)
                           **COHEN MILSTEIN**
                           **SELLERS & TOLL PLLC**
                           1100 New York Ave. NW, Fifth Floor
                           Washington, DC 220025

1

Telephone: (202) 408-4600
vnugent@cohenmilstein.com
bejohnson@cohenmilstein.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2021, I filed a copy of the foregoing through the Court's CM/ECF system, thereby serving all parties electronically.

*s/ Victoria S. Nugent*