UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SENTRY SECURITY SYSTEMS, INC., <br> ELECTRICALIFORNIA, <br> and <br> RICK KEYSER, <br> Individually and on behalf of all others similarly situated, <br> Plaintiffs, <br> v. <br> SIEMENS CORP. d/b/a SIEMENS USA, <br> and <br> SIEMENS INDUSTRY, INC. <br> Defendants | Case No.: 1:21-cv-01072 |

## DECLARATION OF DANIEL C. HEDLUND FOR ADMISSION *PRO HAC VICE*

I, Daniel C. Hedlund, hereby certify and state as follows:

1. I am a partner at the law firm Gustafson Gluek PLLC, 120 South Sixth Street, Suite 2600, Minneapolis, Minnesota 55402, Tel: (612) 333-8844, Fax (612) 339-6622, email: dhedlund@gustafsongluek.com.

2. I certify that I am eligible for admission *pro hac vice* before this Court. I am admitted to practice and am in good standing before the Courts as set forth on the attached list of Court Admissions attached in Exhibit A.

3. I have been admitted *pro hac vice* in this Court within the last two years, on February 9, 2021.

4. I am not a member of the District of Columbia Bar, nor do I have an application

1

for membership pending.

5.      There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction. I agree to submit to and comport with the disciplinary jurisdiction of this Court.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:   June 10, 2021                      *s/Daniel C. Hedlund*
                                                    Daniel C. Hedlund
                                                    **GUSTAFSON GLUEK PLLC**
                                                    120 South Sixth Street, Suite 2600
                                                    Minneapolis, MN 55402
                                                    Telephone: (612) 333-8844
                                                    dhedlund@gustafsongluek.com