# **Exhibit A**

**Motion for Admission *Pro Hac Vice* – Daniel C. Hedlund**

*National Sentry Security Systems, Inc., et al. v. Siemens Corp. d/b/a Siemens USA, et al.*
**Case No: 1:20-cv-01072**

I am a member in good standing and eligible to practice before the following courts:

| COURT ADMISSIONS | DATE OF ADMISSION |
| --- | --- |
| State Bar of Minnesota<br>Minnesota Lawyer Registration Office<br>180 East 5th Street, Suite 950<br>St. Paul, Minnesota 55101 | 10/27/1995 |
| U.S. D. C. District of Minnesota<br>United States Courthouse<br>300 South Fourth Street, Suite 202<br>Minneapolis, Minnesota 55415 | 8/1/1997 |
| U.S. Court of Appeals, Eighth Circuit<br>Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>St. Louis, Missouri 63102 | 1/22/2010 |