# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SENTRY SECURITY SYSTEMS, INC., <br><br> ELECTRICALIFORNIA, <br><br> and <br><br> RICK KEYSER, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SIEMENS CORP. d/b/a SIEMENS USA, <br><br> and <br><br> SIEMENS INDUSTRY, INC., <br><br> Defendants | Case No.: 1:21-cv-01072 |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF DANIEL C. HEDLUND *PRO HAC VICE*

The Court has reviewed the Plaintiffs' motion for admission of attorney, Daniel C. Hedlund *pro hac vic.* Upon consideration of that motion, the Court grants attorney Daniel C. Hedlund's *pro hac vice* admission to this Court.

IT IS SO ORDERED.

Dated: _____        _____
                                                                                     Carl J. Nichols
                                                                                     United States District Judge

1